DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENIS CHAVEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1341

[August 27, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Jr., Judge; L.T. Case No. 03-008048-CF10A.

Denis Chavez, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Decosta v. State,* No. 4D25-0682, 2025 WL 2154384, at *1 (Fla. 4th DCA July 30, 2025).

KUNTZ, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*